

# NUMBER 13-10-00358-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JODY SHANNON, INDIVIDUALLY**                                  **APPELLANT,**

**v.**

**PACCAR FINANCIAL CORP.,**                                        **APPELLEE.**

---

### On appeal from the 25th District Court
### of Gonzales County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Vela
Memorandum Opinion Per Curiam**

Appellant, Jody Shannon, Individually, perfected an appeal from a judgment entered by the 25th District Court of Gonzales County, Texas, in cause number 23,896. The parties have filed an agreed motion to dismiss on grounds that the parties have entered into a compromise settlement agreement resolving their differences. The parties request that this Court dismiss this case.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
30th day of September, 2010.